UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ERIC FROST and DAWN FROST,**
    **Plaintiffs,**

**v.**                           **C.A. NO.: 1:18-cv-11578-DJC**

**SUFFOLK CONSTRUCTION**
**COMPANY, INC., and SUNBELT**
**RENTALS, INC.,**
    **Defendants.**

## CONSENT TO REMOVAL

Defendant, Suffolk Construction Company, Inc., hereby consents to the Notice of Removal filed by Defendant, Sunbelt Rentals, Inc. on July 26, 2018, and to the removal of the above-captioned action to this Court.

                                       Defendant,
                                       Suffolk Construction Company, Inc.,
                                       By its Attorneys,

                                       /s/Brian A. O'Connell
                                       Brian A. O'Connell (BBO#551182)
                                       Tucker, Dyer & O'Connell, LLP
                                       199 Wells Avenue, Suite 301
                                       Newton, MA 02459
                                       (617) 986-6224
                                       oconnell@tdolaw.com

## CERTIFICATE OF SERVICE

I, Brian A. O'Connell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 27, 2018.

                                       /s/Brian A. O'Connell
                                       Brian A. O'Connell